```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0072--CV (RRB)
                              "MARTIN MOORE ET AL V USA"

                 Including terminated parties, excluding terminated counsel
```

     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
     Magistrate Judge:
        Referral Rule:
               Filed: 04/11/05
              Closed: NO

        Jurisdiction: (2) U.S. Defendant
       PLF Diversity:
       DEF Diversity:

      Nature of Suit: (362) Personal injury - medical malpratice

              Origin: (1) Original Proceeding
              Demand:
          Filing fee: Paid $250.00 on 04/11/05 receipt # 00125456
            Trial by: Court


Parties of Record:                            Counsel of Record:

PLF 1.1            MOORE, MARTIN               Michele L. Power
                                               Power and Brown LLC
                                               POB 1809
                                               Bethel, AK 99559
                                               907-543-4700
                                               FAX 907-543-3777

PLF 2.1            MOORE, AXEL                 Michele L. Power
                                               (see above)

DEF 1.1            UNITED STATES OF AMERICA    Gary M. Guarino
                                               U.S. Attorney's Office
                                               222 W. 7th Avenue, #9
                                               Anchorage, AK 99513-7567
                                               907-271-5071
                                               FAX     -    -

3PP 1.1                                        Gary M. Guarino
                                               (see above)

3DF 1.1            REDFOX, ARNOLD              No counsel found for this party!

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A05-0072--CV (RRB)
                                    "MARTIN MOORE ET AL V USA"

                                         For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 04/11/05
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (362) Personal injury - medical malpratice

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 04/11/05 receipt # 00125456
          Trial by: Court


Document #    Filed     Docket text

     1 -  1   04/11/05  Complaint filed.

  NOTE -  1   04/19/05  Issued: summons re: US Atty & US Atty General

     2 -  1   05/16/05  PLF 1-2 Return of Service Executed re: T. Burgess ( 4/25/05 & US Atty
                        Gen on 5/3/05.

     3 -  1   06/14/05  DEF 1 Answer to Complaint.

     4 -  1   06/15/05  RRB Minute Order re: request for ENE/case S&P report/initial case status
                        report w/in 21 days.  cc: cnsl

     5 -  1   06/23/05  DEF 1 Notice re: early neutral evaluation.

     6 -  1   06/24/05  RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

     7 -  1   07/21/05  PLF 1-2; DEF 1 Scheduling and Planning Conference Report.

     8 -  1   07/26/05  RRB Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 05/31/06; Dispositive motions deadline 07/03/06; Estimate of
                        trial 5 days; TBC. cc: cnsl

     9 -  1   08/24/05  VACATED per #11 - RRB Order re: certification of readiness for trial;
                        parties to certify or file a report within 15 days from the date of this
                        order. cc:cnsl

    10 -  1   09/01/05  DEF 1 motion for clarification re order for certification of readiness
                        for trial.

    11 -  1   09/02/05  RRB Minute Order granting motion for clarification re order for
                        certification of readiness for trial (10-1); cert for readiness for
                        trial (9-1) was issued in error as dscvy in this matter does not close
                        until 5/31/06; order at 9-1 is VACATED. cc: cnsl

    12 -  1   10/20/05  DEF 1 motion to amend pleadings to add third-party def & memo in support
                        w/att exhs.
```

```
                     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                           CIVIL DOCKET ENTRIES FOR CASE A05-0072--CV (RRB)
                                     "MARTIN MOORE ET AL V USA"

                                          For all filing dates


Document #    Filed       Docket text

    13 -  1   10/28/05    PLF 1 non-opposition to DEF 1 motion to amend pleadings to add
                          third-party  (12-1).

    14 -  1   11/02/05    RRB Minute Order granting motion to amend pleadings to add third-party
                          def (12-1).  cc: cnsl

  NOTE -  2   11/09/05    Issued: summons re: 3DF.

    15 -  1   11/09/05    3PP 1 Complaint (Third-party).

    16 -  1   11/16/05    PLF 1-2 Notice of substitution of law firm and cnsl of record change of
                          address.
```