MICHELE POWER
SEAN BROWN
POWER and BROWN, LLC
PO Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Martin Moore

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARTIN MOORE OBO AXEL MOORE,<br><br>        Plaintiff(s)<br><br>Vs<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant(s). | Case No. A05-0072CV (RRB) |

MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Myron Angstman, presently counsel of record for Plaintiff, hereby moves this court for an Order allowing Angstman Law Office to withdraw as counsel for Plaintiff in the above-entitled case and for an Order allowing Michele Power of Power and Brown, LLC to be substituted as counsel in this matter. Power and Brown, LLC, has been retained by Plaintiff and is ready to act as counsel for him.

DATED this ___ day of December, 2005, at Bethel, Alaska.

By: _____
Myron Angstman, ABA #7410057
ANGSTMAN LAW OFFICE

DATED this 20th day of December, 2005, at Bethel, Alaska.

By: _____
Michele Power, ABA #9510047
POWER AND BROWN, LLC

This is to certify that on the 21st day of December, 2005, a copy of this document was mailed to the person(s) listed below:

Gary M. Guarino
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513-7567

and placed in the Bethel Court Mail Box of:

Angstman Law Office

By: _____
LaTesia Guinn