LODGED
DEC 2 8 2005

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FILED
DEC 2 8 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
by_____Deputy

MARTIN MOORE )
OBO AXEL MOORE, )
 )
Plaintiff, )
 )  Case A05-0072CV
vs. )  No. (RRB)
 )
UNITED STATES OF AMERICA, )  ORDER
 )  MOTION FOR WITHDRAWAL
Defendant. )  AND SUBSTITUTION
 )  OF COUNSEL

ORDER

IT IS HEREBY ORDERED that Angstman Law Office is allowed to withdraw as counsel for Plaintiff in the above entitled case and,

IT IS FURTHER ORDERED that Michele Power of Power and Brown, LLC, is substituted as counsel for Plaintiff.

DATED this 28 day of December, 2005, at Bethel, Alaska.

RALPH R. BEISTLINE
U.S. DISTRICT JUDGE

A05-0072--CV (RRB)
_____
G. GUARINO (AUSA)
M. POWER
            12-28-05

20