MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
PO Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Martin and Axel Moore

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARTIN MOORE on behalf of AXEL MOORE )<br>)<br>)<br>      Plaintiff(s) )<br>)<br>Vs )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>      Defendant(s). )<br>) | Case No. A05-0072 CV (RRB)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AGAINST THIRD-PARTY DEFENDANT** |

Plaintiffs Martin Moore and Axel Moore, and Defendant/Third-Party Plaintiff United States of America, and Third-Party Defendant Arnold Redfox, by and through their undersigned counsel, stipulate and agree that all claims that were asserted or that could have been asserted by the Plaintiffs or Defendant/Third-Party Plaintiff against Third-Party Defendant Arnold Redfox, in the above-entitled matter, shall be dismissed with prejudice. The parties agree that each party shall bear its own costs and attorney fees in connection with this dismissal of claims against the Third-Party Defendant.

Notwithstanding this dismissal of claims, the parties further stipulate and agree that the Defendant United States, in its defense of the claims asserted by the Plaintiffs in this action, shall

be entitled to seek allocation and apportionment of fault and damages to Arnold Redfox as a "person who has settled or otherwise been released" from liability pursuant to AS 09.17.080. To the extent it is determined that Plaintiff Axel Moore's injuries and damages were caused by the fault of Arnold Redfox any recovery by Plaintiffs against the United States shall be denied or reduced accordingly, regardless of fact that Plaintiffs shall not be entitled to obtain a judgment or recovery against Arnold Redfox.

The parties understand and agree that the United States' consent to this stipulation for dismissal is based on the condition and the parties' agreement that the dismissal of claims against Arnold Redfox and his dismissal as a third-party defendant in this action shall not preclude the United States from asserting its right to seek allocation and apportionment of fault and damages to Arnold Redfox pursuant to AS 09.17.080.

DATE: 3/24/06

POWER AND BROWN, LLC
Attorneys for Plaintiff

Michele Power
ABA #510047

DATE: 4/3/06

UNITED STATES ATTORNEY
Attorneys for Defendant/Third-Party Plaintiff

Gary Guarino
ABA #8209092

Attorneys for Third-Party Defendant

Heather Sia
ABA # 0505036

CERTIFICATE OF SERVICE

This is to certify that on the 10 day of
April, 2006, a copy of this document was
mailed to the person(s) listed below:

Gary M. Guarino
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513-7567

Heather Sia
Cooke, Roosa & Valcarce
P.O. Box 409
Bethel, Alaska 99559

By: _____
Sarah Dronenburg