IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARTIN MOORE on behalf of AXEL MOORE,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant and<br>    Third-Party Plaintiff,<br><br>vs.<br><br>ARNOLD REDFOX,<br><br>    Third-Party Defendant. | Case No. 3:05-cv-0072-RRB<br><br><br><br><br><br>**ORDER REGARDING STIPULATION FOR DISMISSAL** |

    Based upon the Stipulation for Dismissal with Prejudice Against Third-Party Defendant (Docket 23), all claims asserted against **ARNOLD REDFOX** are hereby **DISMISSED WITH PREJUDICE**, each side to bear its own costs and fees.

The remainder of the agreements stipulated to between the parties are hereby **ADOPTED** by the Court.

ENTERED this 11th day of April, 2006.

/S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE