DEBORAH M. SMITH
Acting United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MARTIN MOORE, on behalf of AXEL
MOORE,                                          Case No. 3:05-cv-0072-RRB

              Plaintiff,                         STIPULATION FOR EXTENSION
                                                OF TIME

     v.

UNITED STATES OF AMERICA

              Defendant.
_____

        The parties, via undersigned counsel, stipulate and agree to extend

the dates for the disclosure of expert reports, the close of discovery, and the filing

of dispositive and discovery motions.   The stipulated modified dates are as

follows:

        June 23, 2006              Expert Reports

        July 31, 2006             Close of Discovery

        August 18, 2006          Dispositive and Discovery motions

DATE: May 8, 2006

POWER AND BROWN, LLC
Attorneys for Plaintiff

s/Michele L.  Power
P.O. Box 1809
Bethel, Alaska 99559
Phone: (907) 543-4700
Fax: (907) 543-3777
E-mail: admin@powerbrown.com
ABA No. 9510047

DEBORAH M. SMITH
Acting United States Attorney

Dated:   May 8, 2006

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov