UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MARTIN MOORE    v.    UNITED STATES OF AMERICA

DATE:    May 8, 2006        CASE NO.    3:05-CV-0072-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**GRANTING STIPULATION**

---

The Stipulation for Extension of Time (Docket 27) is **GRANTED**. Expert reports are due by **June 23, 2006.** Discovery closes on **July 31, 2006**. Dispositive and discovery motions are to be filed by **August 18, 2006.**

M.O. GRANTING STIPULATION