DEBORAH M. SMITH
Acting United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARTIN MOORE, on behalf of AXEL MOORE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> Defendant. | Case No. 3:05-cv-00072-RRB <br><br> **STIPULATION FOR EXTENSION OF TIME** |

The parties, via undersigned counsel, stipulate and agree to extend the dates for the close of discovery and the filing of dispositive and discovery motions.  This stipulation has been entered because the parties are in the course of settlement discussions and are attempting to resolve this case without expending additional time, expenses, and effort for further discovery and litigation.  The

1

parties will submit an updated case status report to the Court by November 3, 2006. The stipulated modified dates are as follows:

   October 13, 2006   Close of Discovery

   November 3, 2006   Dispositive and Discovery Motions

Dated: 8-21-06

POWER AND BROWN, LLC
Attorneys for Plaintiff

Michele L. Power
ABA #510047

DEBORAH M. SMITH
Acting United States Attorney

Dated: August 21, 2006

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov