IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARTIN MOORE, on behalf of AXEL MOORE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 3:05-cv-00072-RRB<br><br>**[PROPOSED] ORDER** |

The parties' stipulation to extend the dates for the close of discovery and the filing of dispositive and discovery motions is hereby GRANTED.  An updated status report is due from the parties by **November 3, 2006**.  The modified dates are as follows:

        October 13, 2006        Close of Discovery

        November 3, 2006        Dispositive and Discovery Motions


Dated: _____        _____

                                                      Ralph R. Beistline
                                                      U.S. District Court Judge