IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARTIN MOORE, on behalf of AXEL MOORE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 3:05-cv-00072-RRB<br><br>[~~PROPOSED~~] ORDER |

The parties' stipulation to extend the dates for the close of discovery and the filing of dispositive and discovery motions is hereby GRANTED. An updated status report is due from the parties by **November 3, 2006**. The modified dates are as follows:

| | |
|---|---|
| October 13, 2006 | Close of Discovery |
| November 3, 2006 | Dispositive and Discovery Motions |

Dated: 8/23/06

/S/ RRB
Ralph R. Beistline
U.S. District Court Judge