NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARTIN MOORE, on behalf of AXEL MOORE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 3:05-cv-00072-RRB<br><br>**NOTICE REGARDING SETTLEMENT** |

The United States notifies the Court that the parties have reached a negotiated settlement of the claims in this action. A notice and stipulation for dismissal will be filed after the parties complete the settlement documents and proceedings.

1

Respectfully submitted this 24th day of October, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2006,
a copy of the foregoing NOTICE
REGARDING SETTLEMENT was served
electronically on Michele Power.


s/ Gary M. Guarino