NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARTIN MOORE, on behalf of AXEL MOORE,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 3:05-cv-0072-RRB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs Martin Moore and Axel Moore and Defendant United States of America, via undersigned counsel, stipulate and agree that any and all claims that were asserted or that could have been asserted against the United States in this action shall be dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

DATE: _____          POWER AND BROWN, LLC
                                   Attorneys for Plaintiff


                                   s/Michele Power (consent)_____
                                   Michele Power
                                   ABA #510047


                                   NELSON P. COHEN
                                   United States Attorney

                                   s/Gary M. Guarino_____
                                   Assistant U.S. Attorney
                                   222 West 7th Ave., #9, Rm. 253
                                   Anchorage, AK 99513-7567
                                   Phone: (907) 271-5071
                                   Fax: (907) 271-2344
                                   E-mail: gary.guarino@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2007,
a copy of the foregoing STIPULATION FOR
DISMISSAL WITH PREJUDICE was served
electronically on Michele Power.


s/ Gary M. Guarino___


Moore v. USA
Case No. 3:05-cv-0072-RRB          2