IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARTIN MOORE, on behalf of AXEL MOORE,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Case No. A05-0072CV (RRB)<br><br>**[PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

   The Court, having considered the parties' Stipulation to Dismiss with Prejudice, hereby ORDERS that this action is dismissed with prejudice with each party to bear its own costs, expenses and attorney's fees.

Date: _____

_____
Ralph Beistline
United States District Court Judge